IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>RHONDA E CHINAPOO<br><br>    *Debtor(s)* | CASE NO.: 25-16396<br><br>Chapter 13 |
| C&A PROPERTIES, LLC<br><br>    *Movant(s)/Creditor(s)*,<br><br>v.<br><br>RHONDA E CHINAPOO<br><br>    *Respondent(s)/Debtor(s)*. | |

### RESPONSE TO C&A PROPERTIES, LLC
### MOTION FOR RELIEF FROM AUTOMATIC STAY
### (37 Heather Hill Road, Baltimore, MD)

NOW COMES, the debtor, Rhonda E Chinapoo ("debtor"), by counsel, Robert M. Stahl, and in response to the movant's *Response to C&A Properties, LLC Motion for Relief from Automatic Stay* and respectfully states as follows:

1. Debtor admits the allegations contained in paragraph 1.

2. Debtor admits the allegations contained in paragraph 2.

3. Debtor admits the allegations contained in paragraph 3.

4. Debtor neither admits nor denies the allegations contained in paragraph 4.

5. Debtor neither admits nor denies the allegations contained in paragraph 5.

6. Debtor neither admits nor denies the allegations contained in paragraph 6.

7. Debtor neither admits nor denies the allegations contained in paragraph 7,

8. Debtor neither admits nor denies the allegations contained in paragraph 8.

9. Debtor neither admits nor denies the allegations contained in paragraph 9.

10. Debtor denies the allegations contained in paragraph 10.

11. Debtor denies the allegations contained in paragraph 11.

12. Debtor neither admits nor denies the allegations contained in paragraph 12.

13. Debtor denies the allegations contained in paragraph 13.

14. Debtor denies the allegations contained in paragraph 14.

15. Debtor denies the allegations contained in paragraph 15.

16. Debtor denies the allegations contained in paragraph16.

17. Debtor neither admits nor denies the allegations contained in paragraph 17.

18. Debtor denies the allegations contained in paragraph 18.

19. Debtor denies the allegations contained in paragraph 19.

20. Debtor denies the allegations contained in paragraph 20

21. Debtor denies the allegations contained in paragraph 21.

22. The Debtor believes that the transfer of the property constitutes a preferential transfer and the debtor intends to file a Complaint to avoid the transfer. The Debtor requests that this matter be stayed until the Court determines whether or not the transfer was preferential and subject to the avoidance powers of this Honorable Court.

23. The subject property is necessary for an effective reorganization of Debtor's financial affairs.

24. There is sufficient equity cushion in the subject property to afford adequate protection; debtor, may provide adequate protection by making future payments timely and curing any arrears within a reasonable period.

WHEREFORE, the debtor respectfully requests that this Honorable Court:

A. Deny the movant's *Motion for Relief from Automatic Stay, or*

B. Stay the Movant's Motion Seeking Relief from the Automatic Stay pending resolution of debtor's complaint to avoid preferential transfer and,

C. Grant such other and further relief as is just and proper.

Dated: <u>August 14, 2025</u>

<u>/s/ Robert M. Stahl</u>
**Robert M. Stahl, Esquire**
Federal Bar #11537
1142 York Road
Lutherville, Maryland  21093
410-825-4800
410-825-4880/Fax
stahllawbp@gmail.com
robstahl.law@gmail.com
*Attorney for debtor*